AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TODD DEAN GRAVES
3315 S. Lakeside Avenue
Springfield, MO 65804,

        Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

JONATHAN SCHARFEN, Acting Director, U.S. Citizenship & Immigration Services, and
MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,

        Defendants

CASE NUMI

Case: 1:08-cv-01152
Assigned To : Robertson, James
Assign. Date : 7/1/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS A. ELLIOT, Esquire
Elliot & Mayock
1666 Connecticut Avenue, N.W., 5th Floor
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUL - 1 2008

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 07/07/2008 |
| NAME OF SERVER (PRINT) Dottie Shermet | TITLE Paralegal |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  Certified mail, return receipt requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   07/09/2008         *[signature]*
                Date              Signature of Server
                                  Elliot & Mayock
                                  1666 Connecticut Avenue, N.W., 5th Floor
                                  Washington, D.C. 20009

                                  Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

