UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD DEAN GRAVES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN SCHARFEN, Acting Director,<br>U.S. Citizenship and Immigration Services, *et al.*<br><br>　　　　Defendants. | Civil Action No. 08-1152 (JR) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants without prejudice, with each party to bear its own costs and fees.

Dated: August 13, 2008
　　　　Washington, DC

Respectfully submitted,

/s/
THOMAS A. ELLIOT, D.C. BAR #259713
Elliot & Mayock
1666 Connecticut Avenue, NW, 5th Floor
Washington, DC 20009
(202) 429-1725

*Attorney for Plaintiff*

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*